**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01179-CR

**DERICK DEWAYNE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1001193W**

## ORDER

On February 7, 2014, appellant filed a Motion for Extension of Time to File Appellant's Motion for Rehearing. Appellant's motion is **GRANTED**. It is **ORDERED** that the time for filing appellant's motion for rehearing is extended from February 7, 2014, to February 21, 2014.


/David Lewis/
DAVID LEWIS
JUSTICE